IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

        Plaintiff,                2:06-cv-0156-GEB-KJM-P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

        Defendants.         <u>ORDER</u>

                              /

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action. On April 25, 2006, the magistrate judge issued an order dismissing plaintiff's complaint and granting him leave to file an amended complaint limited to twenty pages, denying his request for a temporary restraining order, and directing the Clerk of the Court to copy the front page of a "document" filed by plaintiff which was used as a vehicle to conceal condiment packets and to return the material to plaintiff. The Magistrate Judge also recommended that plaintiff's motion for a preliminary injunction be denied.

        After the order and findings and recommendations were issued, plaintiff filed a request for an extension of time, a second motion for the appointment of counsel, and a motion to amend the complaint.

On June 26, 2006, this court adopted the findings and recommendations, noting that plaintiff had not filed an objection.

On July 3 and July 21, 2006, plaintiff filed requests for reconsideration of the order of June 26, asserting that he had prepared objections and given them to prison officials to mail.[1] He has attached copies of these objections to both these requests.

The court has considered plaintiff's objections to the April 25, 2006 findings and recommendations, which were attached to the reconsideration requests. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 3 and July 21, 2006 requests for reconsideration are denied.

2. Plaintiff's October 10 and October 20, 2006 writs of mandate are denied.

Dated: October 31, 2006

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Plaintiff also notes that the April 25, 2006 order and findings and recommendations failed to mention a motion he filed under the authority of the All Writs Act. 28 U.S.C. § 1651. This matter is currently pending before the Magistrate Judge, along with the screening of plaintiff's amended complaint and its companion motion to exceed the page limit for that complaint.