IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

      Plaintiff,                    No. CIV S-06-156 GEB KJM P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

      Defendants.           ORDER

/

        Plaintiff is an inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. He has filed an amended complaint, a motion for reargument, and a notice of related cases.

I. Notice Of Related Cases

        On January 25, 2007, plaintiff filed a notice of related cases under Local Rule 83-123, in which he claims that several cases in state court as well as Lamon v. Stiles, Civ. No. S-07-0015 MCE EFB P and Lamon v. Pliler, Civ. No. S-03-0423 FCD CMK P are related to the instant action. The court does not see such a close connection between the cases as would justify relating them within the meaning of the local rules. Moreover, the court cannot order the state cases related to this pending federal action.

1

II. Motion For Reargument

On March 23, 2007, plaintiff filed a motion asking this court to transfer the case to a lower court. It is not clear from the motion whether plaintiff seeks to bring his action in state court. Because the basis of the motion is not clear, it will be denied.

In addition, plaintiff asks for an "order of protection" under the authority of Local Rule 65-231, which covers motions for injunctive relief. It appears to be another request to relate many of plaintiff's state and federal cases, which this court has found inappropriate.

III. Amended Complaint

The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Downing, Johnson, Paizis, Moqhaddis, as they are alleged to have acted in ¶ 32; Walker, as he is alleged to have acted in ¶ 33; Ellis, Parker and Lorusso, as they are alleged to have acted in ¶ 40.

2. The Clerk of the Court shall send plaintiff eight USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed April 16, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Nine copies of the endorsed amended complaint filed April 16, 2007.

/////

/////

4.  Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants.

5. Plaintiff's January 25, 2007 notice of related cases is denied.

6. Plaintiff's March 23, 2007 motion for reargument is denied.

DATED:   October 23, 2007.

_____
U.S. MAGISTRATE JUDGE

lamo0156.1+

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

     Plaintiff,                          No. CIV S-06-0156 GEB KJM P

   vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

     Defendants.                       <u>NOTICE OF SUBMISSION</u>
                                         <u>OF DOCUMENTS</u>
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

           _____        completed summons form

           _____        completed USM-285 forms

           _____        copies of the _____
                                              Amended Complaint

DATED:

                                              _____
                                              Plaintiff