IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

       Plaintiff,                  2:06-cv-0156-GEB-KJM-P

   vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

       Defendants.            <u>ORDER</u>

       On April 16, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 30, 2007, striking plaintiff's first amended complaint, denying his request to file a complaint that exceeds twenty pages, denying plaintiff's motion for a protective order and denying his request for the appointment of counsel. Pursuant to Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2  magistrate judge filed March 30, 2007, is affirmed.

3  Dated: October 24, 2007

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```