IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

    Plaintiff,                    2:06-cv-0156-GEB-KJM-P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.             <u>ORDER</u>

                        /

          On November 21 and November 26, 2007, plaintiff filed requests for reconsideration of the magistrate judge's order filed October 23, 2007. That order denied plaintiff's requests to relate cases and to reargue motions, and further denied his request for an "order of protection." In addition, the magistrate judge directed service for some, but not all, of the defendants included in plaintiff's amended complaint and for those defendants, specified the claims for which service was appropriate.

          Pursuant to Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 23, 2007 is affirmed.

Dated: December 11, 2007

GARLAND E. BURRELL, JR.
United States District Judge