IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

    Plaintiff,                    2:06-cv-0156-GEB-KJM-P

    vs.

DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.            ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 1, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

/////

1

1 | file, the court finds the findings and recommendations to be supported by the record and by
2 | proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations (docket no. 53), are adopted in full; and

        2. Plaintiff's motion for preliminary injunction (docket no. 51) is denied.

Dated: March 3, 2008

                              GARLAND E. BURRELL, JR.
                              United States District Judge