IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

        Plaintiff,                    No. CIV S-06-0156 GEB KJM P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

        Defendants.            <u>ORDER</u>

/

        Defendants have filed a motion for an extension of time in which to file a responsive pleading; this is supported by a showing of good cause.

        Plaintiff has filed a motion for the entry of default judgment, based on defendants' failure to respond within twenty days of the service of summons and complaint. However, counsel for defendants has explained why she did not respond within sixty days from the date the waivers of service were mailed to the defendants. Fed. R. Civ. P. 4(d)(3). This is a sufficient showing.

        IT IS THEREFORE ORDERED that:

        1. Defendants' motion for an extension of time in which to file a responsive pleading (docket no. 58) is granted;

1

2. Defendants are granted until April 16, 2008 in which to file their responsive pleading; and

3. Plaintiff's motion for the entry of default judgment (docket no. 60) is denied.

DATED: March 31, 2008.

_____
U.S. MAGISTRATE JUDGE

2

lamo0156.eot+