IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

        Plaintiff,                     No. CIV S-06-0156 GEB KJM P

   vs.

DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.            ORDER

/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action. On October 23, 2007, this court found service of his second amended complaint appropriate for some of the defendants and for some of the claims. Plaintiff now seeks to revisit this order. He also argues that he should be allowed to amend the complaint to cure deficiencies in his claims against several defendants.

        Plaintiff was given two opportunities to cure deficiencies in his pleadings. He is not entitled to more. See Fed. R. Civ. P. 15(a).

        IT IS THEREFORE ORDERED that plaintiff's motion to amend (docket no. 56) is denied.

DATED: April 11, 2008.

                                            U.S. MAGISTRATE JUDGE

2/lamo0156.ord

1