IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

        Plaintiff,                        No. CIV S-06-0156 GEB KJM P

       vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

        Defendants.            ORDER

/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On December 6, 2007, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Ellis was returned unserved because "defendant Ellis is AWOL." Plaintiff must provide additional information to serve defendant Ellis. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

1        Accordingly, IT IS HEREBY ORDERED that:

2        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3   along with an instruction sheet and a copy of the amended complaint filed April 16, 2007; and

4        2. Within sixty days from the date of this order, plaintiff shall complete and

5   submit the attached Notice of Submission of Documents to the court, with the following

6   documents:

7            a. One completed USM-285 form for defendant Ellis;

8            b. Two copies of the endorsed complaint filed April 16, 2007; and

9            c. One completed summons form (if not previously provided)

10  or show good cause why he cannot provide such information.

11  DATED: April 25, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
lamo0156.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

      Plaintiff,　　　　　　　　　　　No. CIV S-06-0156 GEB KJM P

   vs.

DIRECTOR, CALIFORNIA　　　　　　NOTICE OF SUBMISSION
DEPARTMENT OF CORRECTIONS,
et al.,　　　　　　　　　　　　　　　　　　OF DOCUMENTS

      Defendants.
_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__　completed summons form

    __1__　completed USM-285 forms

    __2__　copies of the _04/19/07_
　　　　　　　　　　　Amended Complaint

DATED:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Plaintiff