IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BARRY LAMON,** | 2:06-CV-0156 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to serve responses to Plaintiff's interrogatories, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants' request for an extension of time (docket no. 76) is granted and defendants shall be granted an extension of time, to and including September 2, 2008, to complete and serve Defendants' responses to all of Plaintiff's sets of interrogatories.

Dated: August 7, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1