IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BARRY LAMON,** | 2:06-CV-0156 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to serve responses to Plaintiff's First and Second Set of Interrogatories and Requests for Production of Documents (docket no. 82), and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted a second extension of time, to and including October 2, 2008, to complete and serve Defendants' responses to Plaintiff's First and Second Set of Interrogatories and Requests for Production of Documents.

Dated: September 11, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1