IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

      Plaintiff,                    No. CIV S-06-0156 GEB KJM P

      vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

      Defendants.           <u>ORDER</u>

/

          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

          On July 18, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Ellis was returned unserved because "not employed per CSP Folsom, Separated 2007, Nothing in CDC locator database." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,
3    along with an instruction sheet and a copy of the complaint filed April 16, 2007; and
4    2.  Within sixty days from the date of this order, plaintiff shall complete and
5    submit the attached Notice of Submission of Documents to the court, with the following
6    documents:
7         a.  One completed USM-285 form for defendant Ellis;
8         b.  Two copies of the endorsed complaint filed April 16, 2007; and
9         c.  One completed summons form (if not previously provided)
10   or show good cause why he cannot provide such information.

11   DATED:  September 16, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
lamo0156.8e(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

        Plaintiff,                         No. CIV S-06-0156 GEB KJM P

    vs.

DIRECTOR, CALIFORNIA                 NOTICE OF SUBMISSION
DEPARTMENT OF CORRECTIONS,
et al.,                                      OF DOCUMENTS
        Defendants.
                                /

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 form

        _____ copies of the April 16, 2007
                         Amended Complaint

DATED:

                                                      Plaintiff