IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BARRY LAMON,** | 2:06-CV-0156 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

The Court, having considered the request of Defendants Downing, LoRusso, Moghaddas, Paizis, and Parks for a nunc pro tunc extension of time to serve objections to Plaintiff's Second Set of Interrogatories and Request for Production of Documents, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants' request for an extension of time (docket no. 92) is granted. Defendants are granted a nunc pro tunc extension of time, and Defendants' objections to Plaintiff's Second Set of Interrogatories and Request for Production of Documents shall be deemed timely served.

Dated: October 17, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1