IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BARRY LAMON,** | 2:06-CV-0156 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

The Court, having considered the request of Defendants Downing, Johnson, Moghaddas, and Piazis for a third extension of time to serve responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants' request for an extension of time (docket no. 93) is granted. Defendants' are granted a nunc pro tunc extension of time, to and including November 1, 2008, to complete and serve Defendants' responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents.

Dated: October 17, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1