IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

        Plaintiff,                No. CIV S-06-0156 GEB KJM P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

        Defendants.         <u>ORDER</u>

/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action. He has filed three motions to compel discovery, a motion for an order directing the Attorney General's Office to provide an address for an unserved defendant, a motion to change the pleadings, and a motion to stay the case for ninety days.

I. <u>Motion To Change The Pleadings</u> (Docket No. 90)

        Under Title 28 U.S.C. § 1915A(a) & (b), this court is required to screen complaints filed by prisoners and to identify the cognizable claims in the action. On October 23, 2007, the court found only a few of plaintiff's claims in the amended complaint against a few of the defendants to be cognizable. Specifically, it found that plaintiff had stated a claim against defendant Walker for retaliation; against defendants Downing, Johnson, Paizis and Moqhaddis for prescribing one drug while claiming to have prescribed a different drug for plaintiff; and

1

1  against defendants Ellis, Parker and Lorusso for using pepper spray against plaintiff and
2  preventing the thefts of plaintiff's legal materials.   Docket Nos. 44 at 2: 13-15 and 40 ¶¶ 32, 33,
3  40.
4        Plaintiff now asks the court, in essence, to reconsider its screening order, for in
5  plaintiff's view, he has stated a claim against all of the defendants.  He has not filed an amended
6  complaint, as the caption of his document suggests is the purpose of this pleading..  Because he
7  has not filed an amended complaint, the court cannot determine whether it states a claim as it is
8  required by statute to do.
9  II.  <u>Motion For Disclosure Of Defendant Ellis's Address</u> (Docket No. 89)
10       Plaintiff asks the court to direct counsel for the defendants to provide defendant
11 Ellis's home address.  Defendants have responded that defendant Ellis has now authorized the
12 litigation coordinator of California State Prison–Sacramento to accept service.  Accordingly, the
13 court will send plaintiff the appropriate documents to effect service on defendant Ellis.
14 III. <u>Motions To Compel</u>
15       Plaintiff has filed three motions to compel.  During the course of these
16 proceedings, defendants' counsel has sought additional time to respond to plaintiff's discovery
17 requests; it appears that the responses filed after the extensions were secured have addressed the
18 matters raised in plaintiff's first two motions (docket nos. 77, 94).  If the matters have not been
19 resolved to plaintiff's dissatisfaction, he need not refile these two motions but rather may file a
20 request to have the motions reopened.
21       Defendants have sought additional time to file an opposition to the last motion to
22 compel (docket no. 103).  This request is well-taken.
23 IV. <u>Motion To Stay The Proceedings</u>
24       Plaintiff asks for a ninety day stay of the proceedings in this case because he was
25 transferred in anticipation of trial in another case and was unable to bring his legal materials for
26 the instant matter with him. Defendants have not opposed the request.  It, too, is well-taken.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion to change the pleadings (docket no. 90) is denied;

2. Plaintiff's motion for disclosure of defendant Ellis's address (docket no. 89) is denied;

3. The Clerk of the Court is directed to send plaintiff a summons, one USM-235 form, and two copies of the amended complaint filed April 16, 2007; plaintiff is directed to return the completed forms as to his case against defendant Ellis within thirty days of the date of this order;

4. Plaintiff's motions to compel (docket nos. 77 and 94) are denied without prejudice;

5. Plaintiff's motion to stay the proceedings (docket no. 95) is granted and the action is stayed for ninety days from the date of this order;

6. Defendants' motion for an extension of time (docket no. 104) in which to file an opposition to the motion to compel (docket number 103) is granted; the opposition is due in ninety days from the date of this order, with plaintiff's reply, if any, due seven days thereafter; and

7. The dates for filing dispositive motions and pretrial statements and for trial are hereby vacated and dispositive motions are due no later than May 1, 2009.

DATED: November 24, 2008.

_____
U.S. MAGISTRATE JUDGE

2

lamo0156.mots

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

      Plaintiff,                               No. CIV S-06-156 GEB KJM P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,                                     <u>NOTICE OF SUBMISSION</u>
        Defendants.            /                <u>OF DOCUMENTS</u>

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ completed summons form

        ____ completed USM-285 forms

        ____ copies of the _____

                        Complaint/Amended Complaint

DATED:

                                           _____
                                           Plaintiff