1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BARRY LAMON,

11          Plaintiff,                 No. CIV S-06-0156 GEB KJM P

12      vs.

13   DIRECTOR, CALIFORNIA
     DEPARTMENT OF CORRECTIONS,
14   et al.,

15          Defendants.              ORDER
     _____/
16

17          Defendants have requested an extension of time to file and serve a response to

18   plaintiff's December 8, 2008 motion for leave to amend the complaint.  Good cause appearing,

19   IT IS HEREBY ORDERED that:

20          1.  Defendants' request for an extension of time (Docket No. 119) is granted; and

21          2.  Defendants shall file and serve a response to plaintiff's December 8, 2008

22   motion for leave to amend the complaint on or before March 9, 2009.

23   DATED:  February 11, 2009.

24   _____
25   U.S. MAGISTRATE JUDGE

26   /mp
     lamo0156.36