IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BARRY LAMON,** | 2:06-CV-0156 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

Good cause appearing, defendants' opposition to plaintiff's motions to compel is deemed timely (docket no. 126-3).

DATED: April 2, 2009.

_____
U.S. MAGISTRATE JUDGE

Order

1