1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BARRY LAMON,

11          Plaintiff,                    No. CIV S-06-0156 GEB KJM P

12      vs.

13   DIRECTOR, CALIFORNIA
     DEPARTMENT OF CORRECTIONS
14   AND REHABILITATION, et al.,

15          Defendants.                   ORDER

16   _____/

17          On November 2, 2009, plaintiff filed a request for reconsideration of the

18   magistrate judge's order filed October 20, 2009, striking plaintiff's motion for a court order

19   relating to a transfer (docket no. 151) and denying plaintiff's motion for the return of original

20   exhibits (docket no. 155).  In this request, plaintiff also takes issue with the Magistrate Judge's

21   determination not to revisit a prior ruling on a motion to compel (docket no. 134), based on

22   plaintiff's amended "traverse" and her advisement to plaintiff that he faced sanctions should he

23   continue to file documents and motions outside the motions schedule or unconnected to the

24   litigation.

25   /////

26   /////

                                    1

Pursuant to Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 20, 2009 (docket no. 161) , is affirmed.

Dated:  January 21, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge