IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

    Plaintiff,                      No. CIV S-06-0156 GEB KJM P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION, et al.,

    Defendants.                ORDER

/

         On March 25, 2010, plaintiff filed objections, construed as a request for reconsideration, to the magistrate judge's order filed March 18, 2010, requesting counsel for the defendants to facilitate the shipment of plaintiff's other legal materials from CSP-Corcoran. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2  magistrate judge (Docket No. 178), is affirmed.

3  Dated: April 11, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge