IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LOUIS LAMON,

        Plaintiff,                     No. CIV S-06-0156 GEB KJM P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION, et al.,

        Defendants.             ORDER

/

        On June 4, 2010, plaintiff filed objections to the magistrate judge's order filed May 21, 2010, which the court construes to be a request for reconsideration, denying plaintiff's motion to compel and request for assistance. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1

1       Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed May 21, 2010, is affirmed.

Dated: June 29, 2010

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge