IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LOUIS LAMON,

        Plaintiff,               No. CIV S 06-156 GEB KJM P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On August 23, 2010, he filed a motion for an "order of protection." He alleges that prison officials have taken his legal materials and are allowing him only limited access to them and seeks additional time to meet any deadlines this court imposes. He also asks that the court direct prison officials to return his materials to him. The court declines to order prison officials who are not parties to this suit to release plaintiff's materials to him.

        IT IS SO ORDERED.

DATED: September 21, 2010.

2/lamo0156.ord

_____
U.S. MAGISTRATE JUDGE

1