IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LOUIS LAMON,

        Plaintiff,                  No. CIV S-06-156 GEB KJM P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,
et al.,

        Defendants.           ORDER

                                  /

        On October 1, 2010, plaintiff filed a request for reconsideration of the magistrate judge's order filed September 21, 2010, declining to order prison officials who are not parties to this action to return plaintiff's legal materials. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2   magistrate judge filed September 21, 2101, is affirmed.
3   Dated: October 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge