IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LOUIS LAMON,

    Plaintiff,                             No. CIV S-06-0156 KJM CKD P

    vs.

DIRECTOR, CALIFORNIA
DEPT. OF CORRECTIONS, et al.,

    Defendants.                        ORDER

/

        On February 2, 2011, plaintiff filed a document the court construes as a request that the undersigned recuse. Because plaintiff fails to point to any valid basis for recusal, see 28 U.S.C. § 455, his request is denied.[1]

DATED: September 2, 2011.

                                         UNITED STATES DISTRICT JUDGE

lamo0156.rec

---

[1] While the undersigned was formerly assigned to this case as a magistrate judge, she has not been and will not be called upon to decide whether or not to adopt any of her prior recommendations, as those all have been resolved.

1