## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

        Plaintiff,               No. CIV S -06-0156 KJM CKD P

  vs.

DIRECTOR, CALIFORNIA
DEPT. OF CORRECTIONS, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
_____/      **AD TESTIFICANDUM**

        Barry Louis Lamon, inmate # E-08345, a necessary and material witness in proceedings in this case on October 26, 2011, is confined in California State Prison, Corcoran, 4001 King Avenue, P.O. Box 8800, Corcoran, California, 93212-8309, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear by video-conferencing at California State Prison, Corcoran, October 26, 2011, at 11:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  **Warden**, **California State Prison, Corcoran, 4001 King Avenue, P.O. Box 8800, Corcoran, California, 93212-8309:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: September 27, 2011

                                                        _____
                                                         CAROLYN K. DELANEY
                                                         UNITED STATES MAGISTRATE JUDGE

/mp
lamo0156.841vc