IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LOUIS LAMON,

    Plaintiff,               No. CIV S-06-0156 KJM CKD P

    vs.

DIRECTOR, CALIFORNIA
DEPT. OF CORRECTIONS, et al.,

    Defendant.           <u>ORDER</u>

                               /

On September 29, 2011, plaintiff filed a motion asking that the December 23, 2010 order adopting findings and recommendations issued September 1, 2010 be vacated. On July 1, 2009, plaintiff was ordered to limit any future filings to 25 pages or less. Despite the court's order, plaintiff's September 29, 2011 motion to vacate is 41 pages. While plaintiff filed a request for permission to exceed the 25 page limit with respect to his motion to vacate on October 7, 2011, there is not good cause for granting that request.

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 29, 2011 motion to vacate is stricken; and

2. Plaintiff's October 7, 2011 request that he be permitted to file a motion to vacate in excess of 25 pages is denied.

Dated: October 13, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1 lamo0156.mfr