1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BARRY LAMON,

11            Plaintiff,                    Civ. No. S-06-156 KJM CKD P

12        vs.

13   DIRECTOR, CALIFORNIA
     DEPARTMENT OF CORRECTIONS
14   AND REHABILITATION, et al.,

15            Defendants.          ORDER

16   _____/

17            Plaintiff is a state prisoner proceeding pro se with an action for violation of civil

18   rights under 42 U.S.C. § 1983.  The court finds that appointment of counsel for plaintiff is

19   warranted.  Aldon L. Bolanos and Kresta N. Daly have been selected to represent plaintiff.

20        Accordingly, IT IS HEREBY ORDERED that:

21            1.  This matter is set to proceed for a three day trial commencing March 19, 2012

22   at 9:00 a.m. before the undersigned in Courtroom #3.

23            2. Appointed counsel shall notify Sujean Park at 916-930-4278 or via email at

24   spark@caed.uscourts.gov if they have any questions related to the appointment.

25   /////

26   /////

1         3.  The Clerk of the Court is directed to serve a copy of this order upon Aldon L.

2 Bolanos, Aldon Louis PC, The Van Voorhies Mansion, 925 G Street, Sacramento, California

3 95814, and Kresta N. Daly, Barth Tozer & Daly, Rea Building, 431 I Street, Suite 201,

4 Sacramento, California 95814.

5         4.  The parties are directed to exchange exhibits no later than March 12, 2012.

6 DATED:  February 28, 2012.

7

8                 UNITED STATES DISTRICT JUDGE

9

10 sp
lamo0156.31

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26