IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

        Plaintiff,               Civ. No. S-06-156 KJM CKD P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Aldon L. Bolanos and Kresta N. Daly have been selected to represent plaintiff.

    Accordingly, IT IS HEREBY ORDERED that:

        1. This matter is set to proceed for a three day trial commencing March 19, 2012 at 9:00 a.m. before the undersigned in Courtroom #3.

        2. Appointed counsel shall notify Sujean Park at 916-930-4278 or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

/////

/////

1     3. The Clerk of the Court is directed to serve a copy of this order upon Aldon L. Bolanos, Aldon Louis PC, The Van Voorhies Mansion, 925 G Street, Sacramento, California 95814, and Kresta N. Daly, Barth Tozer & Daly, Rea Building, 431 I Street, Suite 201, Sacramento, California 95814.

    4. The parties are directed to exchange exhibits no later than March 12, 2012.

DATED: February 28, 2012.

_____
UNITED STATES DISTRICT JUDGE

sp
lamo0156.31