IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LOUIS LAMON,

    Plaintiff,                                                     No. CIV S-06-156 KJM CKD

    vs.

DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,              SPECIAL INSTRUCTION NO. 1

    Defendants.

    You have heard testimony that plaintiff Barry Lamon believed that correctional officers tampered with his food in retaliation for an earlier lawsuit plaintiff filed. This has been offered only as background, to explain plaintiff's reaction to receiving food trays. You will not be asked to decide whether these claims are true.

DATED: March 20, 2012.

                                                        UNITED STATES DISTRICT JUDGE

1