IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LOUIS LAMON,

      Plaintiff,                       No. CIV S-06-0156 KJM CKD P

      vs.

DIRECTOR, CALIFORNIA
DEPT. OF CORRECTIONS, et al.,

      Defendant.                ORDER

/

      On May 2, 2012, plaintiff filed a motion requesting that he be relieved of any sanctions which may have been imposed upon him for failing to respond to court orders or motions brought by defendants. No such sanctions have been imposed. This action was closed on March 26, 2012. Plaintiff is informed that if he continues to file frivolous motions in this closed case, the court will not respond to them and may impose sanctions.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's May 2, 2012 "motion for a order of protection" (Dkt. No. 321) is denied.

Dated: May 7, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/lamo0156.san