IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LOUIS LAMON,

        Plaintiff,                       No. 2:06-cv-0156 KJM CKD P

       vs.

DIRECTOR, CALIFORNIA
DEPT. OF CORRECTIONS, et al.,

        Defendant.                ORDER

/

        Plaintiff, now proceeding on appeal at the Ninth Circuit, has filed a motion asking that the court provide him with a copies of all documents filed in this matter, a copy of the docket and copies of all transcripts. The court does not provide copies of documents in the record or copies of the docket free of charge to litigants. If plaintiff would like to obtain copies at his own expense, he should write a letter to the Clerk of the Court. As for transcripts, it does not appear that any transcripts have been ordered by either litigant or the court. Therefore there are no copies to provide to plaintiff. If plaintiff would like to order transcripts, and obtain information as to how he may obtain transcripts paid for by the court, he should contact court reporter Diane Shepard.

/////

/////

1  In accordance with the above, IT IS HEREBY ORDERED that plaintiff's July 18,
2  2012 "motion for records necessary to filing of appeal" is denied.
3  Dated: July 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/lamo0156.san